NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**In re: PATENT QUALITY ASSURANCE LLC,**
*Petitioner*

---

2023-118

---

On Petition for Writ of Mandamus to the United States
Patent and Trademark Office in No. IPR2021-01229.

---

## ON PETITION AND MOTION

---

Before DYK, REYNA, and CHEN, *Circuit Judges*.

DYK, *Circuit Judge*.

### O R D E R

Patent Quality Assurance LLC (PQA) moves to voluntarily dismiss its petition for a writ of mandamus "with the following terms: PQA bears costs and each Party bears its own fees." ECF No. 26 at 3. PQA states that the Director of the United States Patent and Trademark Office "does not oppose the motion to dismiss the petition and to bear its own costs and fees" and that VLSI Technology LLC "does not oppose PQA's dismissal but respectfully submits that PQA should be ordered to pay VLSI's fees and costs." *Id.*

Upon consideration thereof,

2                    IN RE: PATENT QUALITY ASSURANCE LLC

IT IS ORDERED THAT:

The motion is granted. The petition is dismissed. PQA shall bear costs. Each side shall bear its own fees.

FOR THE COURT

March 6, 2023                    /s/ Peter R. Marksteiner
   Date                         Peter R. Marksteiner
                                Clerk of Court